UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-81513-CIV-MARRA

ERIC ROGERS,

    Plaintiff,

vs.

XTREME CLEANING SOLUTIONS, INC.
And NILBALA PATEL, TRUSTEE OF THE
NILBALA PATEL REVOCABLE TRUST
DATED NOVEMBER 30, 2001,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation to Approve Consent Decree and to Dismiss Defendant Nilbala Patel, Trustee of the Nilbala Patel Revocable Trust Dated November 30, 2001 with Prejudice [DE 8].  Being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Joint Stipulation to Approve Consent Decree and to Dismiss Defendant Nilbala Patel, Trustee of the Nilbala Patel Revocable Trust Dated November 30, 2001 with Prejudice is granted [DE 8].  The Court approves the Consent Decree.  Defendants Nilbala Patel, Trustee of the Nilbala Patel Revocable Trust Dated November 30, 2001 and Xtreme Cleaning Solutions, Inc. are dismissed with prejudice.  Each party is to bear its own attorneys' fees and costs except as detailed in the parties' Consent Decree.  The Court shall retain jurisdiction to enforce the terms and conditions of the Consent Decree.  Any pending motions are denied as moot.

This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 6th day of April, 2015.

_____
KENNETH A. MARRA
United States District Judge